**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Linda Leisure,**

    **Plaintiff,**

  v.                                        **Case No. 2:05-cv-01123
JUDGE SMITH
Magistrate Judge King**

**The Franklin County Court of
Common Pleas, et al.,**

    **Defendants.**

## ORDER

The undersigned Judge hereby **RECUSES** himself from further participation in this case.

The Clerk shall reassign this case to an active Judge in this Division.

    **IT IS SO ORDERED.**

                                                    /s/ George C. Smith
                                                    **George C. Smith, Judge
United States District Court**